AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Terry Donald Davis, Jr.
              *Plaintiff*
              v.                          Civil Action No.    1:12-3056-JFA-JRM

Lisa H. Davenport; Cheri L. Young;
Aimee J. Zmroczek; and Megan Harrigan
              *Defendants*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff shall take nothing of the defendants and this action is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

❐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Joseph F Anderson Jr, United States District Judge presiding. The court having adopted the Report and Recommendation of Magistrate Joseph R. McCrorey to dismiss.

Date:   December 27, 2013                             *CLERK OF COURT*

                                                                                s/Angie Snipes

                                                          *Signature of Clerk or Deputy Clerk*